WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Ronald M. Arlas, Esq., SBN 59091
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 477-9200

WRIGHT, FINLAY & ZAK, LLP
Ronald M. Arlas, Esq. SBN 59091
907 Sir Francis Drake Blvd.
Kentfield, Ca. 94904
Tel: 415/230-4350; Fax: 415/455-0370
rarlas@wrightlegal.net

Attorneys for Defendant OCWEN LOAN SERVICING, LLC

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANNA MARDJUKI, et al., Plaintiffs vs. OCWEN LOAN SERVICING, LLC Defendant | Case No. 3:14-cv-01331-JCS<br><br>[~~PROPOSED~~] ORDER FOR REQUEST OF DEFENDANT OCWEN LOAN SERVICING, LLP TO APPEAR THROUGH ITS ATTORNEY BY PHONE AT HEARING<br><br>Date:   June 27, 2014<br>Time:   2:00 p.m.<br>Ctrm:   G, 15th Floor |

**IT IS HEREBY ORDERED** That Ronald M. Arlas, Esq., attorney for Defendant CENTRAL MORTGAGE COMPANY, may participate in the June 27, 2014 Case Management Conference telephonically. Counsel shall be available at (415) 230-4350 beginning at 2:00 p.m. on June 27, 2014.

DATED: __06/23_____, 2014

_____
MAGISTRATE JUDGE OF THE
U.S. DISTRICT COURT

*Judge Joseph C. Spero*

- 1 -

# CERTIFICATE OF SERVICE

I, Catherine Lawler, declare as follows:

I am employed in the County of Marin, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 907 Sir Francis Drake Blvd., Kentfield, CA 94904.

On June 20, 2014, I served the within **[PROPOSED] ORDER FOR REQUEST OF DEFENDANT OCWEN LOAN SERVICING, LLP TO APPEAR THROUGH ITS ATTORNEY AT THE CASE MANAGEMENT CONFERENCE BY PHONE** on all interested parties in this action as follows:

Matthew Mellen, Esq.
Sarah Adelaars, Esq.
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, CA  94402
Telephone:  (650) 638-0120
Fax:            (650) 638-0125
E-Mail:       mellenlaw@yahoo.com
**Attorney for Plaintiffs
Susanna Mardjuki and Robert Mardjuki**

[X]  (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing.

[X]  (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 20, 2014, at Kentfield, California.

*/s/ Catherine Lawler*
Catherine Lawler

---

1

**CERTIFICATE OF SERVICE**